IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JENNIFER J. PETERS, an Individual, | No. 3:23-cv-01536-YY |
| Plaintiff, | ORDER |
| v. | |
| OREGON HEALTH AND SCIENCE UNIVERSITY, a Public Corporation and Governmental Entity; and DOES 1 THROUGH 50, Inclusive, | |
| Defendants. | |

HERNÁNDEZ, District Judge:

    Magistrate Judge You issued a Findings and Recommendation on June 3, 2024, in which she recommends that this Court grant Defendants' Motion to Dismiss. F&R, ECF 20. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl. Obj., ECF 22. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation [20]. Therefore, Defendants' Motion to Dismiss [13] is GRANTED. Plaintiff's claims under 42 U.S.C. section 1983 against the Doe Defendants are dismissed with prejudice to the extent she seeks damages, and without prejudice to the extent she seeks injunctive or declaratory relief.

IT IS SO ORDERED.

DATED: _____July 12, 2024_____.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER